# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **KYLE LYNN**, on Behalf of Himself and Others Similarly Situated, *Plaintiffs*, v. **DRILL CUTTINGS DISPOSAL COMPANY**, *Defendant*. | CASE NO. 5:14-cv-17-DAE<br><br>COLLECTIVE ACTION |

## PLAINTIFFS' CONSENT TO ARBITRATION

Drill Cuttings Disposal Company (DCDC) moved to compel arbitration of Kyle Lynn and the opt-in plaintiffs' claims. *See* Doc. 29. Although DCDC failed to produce arbitration agreements signed by Lynn and Shawn Sonnier, Plaintiffs are prepared to proceed in arbitration. Therefore, Lynn, on behalf of himself and the opt-in plaintiffs, consents to arbitration. Indeed, Lynn has already filed a demand for arbitration with the American Arbitration Association on behalf of himself and others similarly situated.

Because all parties have agreed to arbitrate this case, this matter may be dismissed without prejudice pending arbitration. *Peschard v. Datamark, Inc.*, No. EP-05-CA-090-PRM, 2005 WL 1939173, at *3 (W.D. Tex. Aug. 10, 2005).[1]

---

[1] DCDC's proposed order requests a dismissal *with* prejudice, but this is clearly improper.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: **/s/ Rex Burch**
_____
Richard J. (Rex) Burch
*Attorney-in-Charge for Plaintiffs*
State Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile
rburch@brucknerburch.com

## CERTIFICATE OF SERVICE

I served this document on Defendant via the Court's ECF system.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch